# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-3015
_____

United States of America

*Plaintiff - Appellee*

v.

Robert Solomon

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Sioux City

_____

Submitted: December 10, 2015
Filed: December 23, 2015
[Unpublished]

_____

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

While Robert Solomon was serving a period of supervised release on a federal criminal sentence, he admitted to the district court[1] that he had violated his release

_____

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.

conditions.  The court revoked supervised release and imposed a within-Guidelines-range revocation sentence of 9 months in prison and 2 years of additional supervised release.   On appeal, Solomon contends that the 9-month prison sentence is substantively unreasonable.  Upon careful review of the record, we conclude that the court did not abuse its discretion.  See United States v. Miller, 557 F.3d 910, 915-16 (8th Cir. 2009) (standard of review).  The judgment is affirmed, and we grant counsel leave to withdraw.

_____